UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MITCHELL EADS,

    Plaintiff,

v.                                                      No.:   3:11-cv-29
                                                                        *Judge Jordan*

TENNESSEE DEPARTMENT OF CORRECTION,
et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the Orders of the Court. The Court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

                                                                        s/ Leon Jordan
                                                                United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT